FILED

08/23/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0580

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0580

_____

IN THE MATTER OF:

C.M.,                                               O R D E R

      A Youth.

_____

      Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

      The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Kathy Seeley, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 23 2023